IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JERRY BAIN and JENNIFER BAIN,    ) | |
|    ) | |
| Plaintiffs,    ) | |
|    ) | |
| v.    ) | |
|    ) | |
| CONTINENTAL TITLE HOLDING    ) | Case No. 2:16-cv-02326-JWL-GEB |
| COMPANY, INC., FIRST NATIONAL    ) | |
| BANK OF OMAHA, PLATINUM    ) | |
| REALTY, LLC, and KATHRYN SYLVIA    ) | |
| COLEMAN,    ) | |
| Defendants.    ) | |

**DEFENDANT FIRST NATIONAL BANK OF OMAHA'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW First National Bank of Omaha ("FNBO"), pursuant to Fed. R. Civ. Pro. 12(c), and hereby moves this Court for judgment on the pleadings on all Counts alleged against FNBO in Plaintiffs' Complaint. Plaintiffs' Complaint fails to state a claim upon which relief can be granted, in that all of Plaintiffs' state common law claims are preempted by Article 4A of the Uniform Commercial Code as adopted by Regulation J, 12 C.F.R. 210.1 *et seq.*, Plaintiffs' Truth in Lending Act claim fails to state a claim because the line of credit at issue is in excess of the threshold limit for Truth in Lending Act Claims, Plaintiffs' Electronic Funds Transfer Act fails because the funds transfer at issue was accomplished via Fedwire, and Regulation E, 12 C.F.R. 205.1 *et seq.* specifically excludes Fedwire transactions from the Electronic Funds Transfer Act. Plaintiffs' Fair Credit Reporting Act fails because Plaintiffs have not alleged that they notified a credit reporting agency of an error in their credit report as is required before bringing a claim under the Fair

Credit Reporting Act. FNBO incorporates its memorandum in support, which is being filed simultaneously herewith.

Pursuant to Local Rule 7.2, FNBO requests oral argument on this motion.

Wherefore, Defendant First National Bank of Omaha prays that this Court dismiss Plaintiffs Complaint against it, and enter judgment in its favor and against Plaintiffs and that the court award Defendant FNBO its costs incurred herein, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated: October 7, 2016                    Respectfully Submitted,

                                          DYSART TAYLOR COTTER
                                          McMONIGLE & MONTEMORE, P.C.


                                          By: /s/ Matthew W. Geary
                                          Matthew W. Geary              KSBar #20686
                                          Amanda Pennington Ketchum     KSBar #20559
                                          4420 Madison Avenue
                                          Kansas City, MO  64111-3407
                                          Telephone:     816.931.2700
                                          Facsimile:     816.931.7377
                                          mgeary@dysarttaylor.com
                                          aketchum@dysarttaylor.com

                                          Attorney for First National Bank of Omaha

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 7th day of October 2016, the above and foregoing was filed electronically with the Clerk of Court's CM/ECF system, which sent electronic notification to all counsel of record.

__/s/ Matthew W. Geary_____