# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JERRY BAIN and JENNIFER BAIN,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PLATINUM REALTY, LLC and  )<br>KATHRYN SYLVIA COLEMAN,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION<br><br>No. 16-2326-JWL |

## JUDGMENT

Pursuant to the Memorandum and Order filed on February 14, 2018, the defendants Platinum Realty, LLC and Kathryn Sylvia Coleman are granted judgment as to the claims by plaintiffs Jerry Bain and Jennifer Bain for breach of fiduciary duty and negligence and their claim for punitive damages.

Pursuant to the agreement of the parties, the claims of plaintiff Jennifer Bain are dismissed.

Pursuant to the Verdict returned by a jury on April 24, 2018, the plaintiff Jerry Bain is granted judgment against defendants Platinum Realty, LLC and Kathryn Sylvia Colman, jointly and severally, on his claim for negligent misrepresentation in the amount of $167,129.27, plus post judgment interest at the rate of 2.25% per annum.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2018, in Kansas City, Kansas.

        s/ Sharon Scheurer
        By Deputy Clerk
        TIMOTHY M. O'BRIEN
        Clerk of the District Court

Form approved this  24th day of April, 2018, in Kansas City, Kansas.

        s/ John W. Lungstrum
        JOHN W. LUNGSTRUM
        UNITED STATES DISTRICT  JUDGE